IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   18-29832 |
| Carmen M D'Zela | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge:   Carol A. Doyle |
| Debtor(s) | | |

## NOTICE OF HEARING

TO:   Carmen M D'Zela, 9655 Woods Drive Skokie, IL 60077 *via U.S. Mail*

Trustee Tom Vaughn, 55 E. Monroe Street, #3850, Chicago, IL 60603 *via ECF clerk's electronic delivery system*

Northriver Properties, c/o Nathaniel Lawrence, 2835 N Sheffield St. 232 Chicago IL 60657 *via U.S. Mail*

North River Properties, Inc., c/o Registered Agent, 35 East Wacker Dr. Ste 650 Chicago IL 60601 *via U.S. Mail*

Office of United States Trustee, Dirksen Federal Building, 219 S. Dearborn, St., Roo 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*
See attached service list

   PLEASE TAKE NOTICE that on **February 26, 2019 at 9:30 a.m.**, I shall appear before the Honorable Carol A. Doyle at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ David H. Cutler
David H. Cutler

### Certificate of Service

   I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on January 22, 2019, before the hour of 7:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St, Skokie, IL 60076
Phone: (847) 673-8600

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   18-29832 |
| Carmen M D'Zela | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge:   Carol A. Doyle |
| Debtor(s) | | |

## OBJECTION TO CLAIM 10 OF NORTH RIVER PROPERTIES, INC.

NOW COMES the Debtor, Carmen M D'Zela, by and through her attorneys, The Law Offices of Cutler & Associates, and hereby move this Honorable Court to enter an order disallowing Proof of Claim 10 filed by North River Properties, Inc., and in support thereof state as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 of Title 11 United States Code on October 24, 2018.

2. That the Debtor's case is pending confirmation with terms of $1,075 per month for 60 months with unsecured creditors to receive 44% of their allowed unsecured claims.

3. The bar date for non-governmental creditors to file claims was January 2, 2019.

4. On January 7, 2019 North River Properties, Inc., filed a Proof of Claim, Claim 10, for a total claim of $119,687.55; the claim was filed after the claims bar date. Please see a copy of said Proof of Claim, hereto attached and marked as "Exhibit A".

5. Pursuant to 11 U.S. §502(b)(9) if an objection is made to a claim that was filed after the applicable bar date it must be disallowed as not timely filed.

6. For the forgoing reasons set forth above, Debtor respectfully requests this Honorable Court to sustain Debtor's objection to claim 10 filed by North River Properties, Inc.

2

WHEREFORE, Debtor, Carmen M D'Zela, prays that this Honorable Court enter an Order disallowing claim 10 filed by North River Properties, Inc. and for such other and further relief as this Honorable Court deems proper.

| | | |
|---|---|---|
| January 22, 2019 | By: | By: /s/ David H. Cutler |
| | | David H. Cutler, esq. |
| | | Counsel for Debtor(s): |
| | | Cutler & Associates, Ltd. |
| | | 4131 Main St, |
| | | Skokie, IL 60076 |
| | | Phone: (847) 673-8600 |