| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-29832<br>Northern District of Illinois<br>Eastern Division<br>Tue Jan 22 18:16:22 CST 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Medical Collections<br>4 Westchester Plaza Bldg 4<br>Elmsford, NY 10523-1615 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Ann & Robert Lurie<br>Po Box 4051<br>Carol Stream, IL 60197-4051 | Armor Systems Corporation<br>1700 Kiefer Drive<br>Suite 1<br>Zion, IL 60099-5105 | Blitt and Gaines<br>661 GLENN AVE<br>Wheeling, IL 60090-6017 |
| Catherine Cook School<br>226 W Schiller St<br>Chicago, IL 60610-1808 | Certified Services Inc<br>Attn: Bankruptcy Dept<br>1300 N Skokie Highway Suite 103a<br>Gurnee, IL 60031-2144 | Childrens Surgical Foundation<br>737 N Michigan Ave. Ste. 1650<br>Chicago, IL 60611-6748 |
| Client Servcies<br>3451 Harry S Truman Blvd.<br>Saint Charles, MO 63301-4047 | Diversified Consultants, Inc.<br>Attn: Bankruptcy<br>Po Box 551268<br>Jacksonville, FL 32255-1268 | Harris & Harris<br>Att: Bankruptcy<br>111 West Jackson Blvd. Ste 400<br>Chicago, IL 60604-4135 |
| Home Depot Credit Services<br>Att. Bankruptcy<br>PO Box 9001030<br>Louisville, KY 40290-1030 | ICS Collection Service<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | Illinois Department of Revenue<br>PO BOX 64338<br>Chicago, IL 60664-0291 |
| Illinois Department of Revenue Bankruptcy Se<br>PO Box 19035<br>Springfield, IL 62794-9035 | Internal Revenue Service<br>c/o Centralized Insolvency Operatio<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Lincoln Park OBGYN<br>Po Box 578220<br>Chicago, IL 60657-7303 |
| Lionel Girardin<br>327 Kilpatrick<br>Wilmette, IL 60091-2953 | Lionel Girardin<br>327 Kilpatrick Ave.<br>Wilmette, IL 60091-2953 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| Medical Recovery Specialists<br>Att: Bankrutpcy<br>2250 E Devon Ave.<br>Des Plaines, IL 60018-4519 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | New Penn Financial, LLC d/b/a Shellpoint Mor<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 |
| North River Properties, Inc.<br>c/o Registered Agent<br>35 East Wacker Dr. Ste 650<br>Chicago, IL 60601-2119 | Northriver Properties<br>c/o Nathaniel Lawrence<br>2835 N Sheffield St. 232<br>Chicago, IL 60657-9213 | Physicians Immediate Care<br>PO Box 8799<br>Carol Stream, IL 60197-8799 |

| | | |
|---|---|---|
| Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quest Diagnostic Center<br>800 Austin St<br>Evanston, IL 60202-3450 |
| Rush Copley<br>Att: Bankruptcy<br>PO Box 352<br>Aurora, IL 60507-0352 | ShellPoint Mortgage<br>Att: Bankruptcy Dept<br>55 Beattie Place Ste 110<br>Greenville, SC 29601-5115 | Skokie Family Clinic<br>Att: Bankruptcy<br>8301 Skokie Blvd.<br>Skokie, IL 60077-2546 |
| State of Illinois<br>Att: Drivers Facility<br>2701 S. Dirksen Parkway<br>Springfield, IL 62723-1000 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Thorek Memorial Hosptial<br>2727 Paysphere Circle<br>Chicago, IL 60674-0027 |
| Transworld Systems Inc.<br>507 Prudential Rd.<br>Horsham, PA 19044-2308 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United Recovery Systems<br>Att: Bankruptcy<br>PO Box 722929<br>Houston, TX 77272-2929 |
| Carmen M D'Zela<br>9655 Woods Drive<br>Skokie, IL 60077-4418 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>c/o The Home Depot<br>POB 41067<br>Norfolk VA 23541 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | (d)US Bank/RMS CC<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)New Penn Financial, LLC d/b/a Shellpoint M | (u)Christopher Pralong | End of Label Matrix<br>Mailable recipients   45<br>Bypassed recipients    2<br>Total                  47 |