UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-29832
Carmen M D'Zela )
)
) Chapter: 13
) Honorable Carol A. Doyle
)
)
Debtor(s) )

## ORDER DISALLOWING CLAIM # 10

THIS MATTER coming to be heard on the Debtor's Objection to Proof of Claim 10 Filed by North River Properties, Inc.;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The proof of claim #10 is disallowed.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 26, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600